**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MAHIRAH AWAD,

        Plaintiff,

-vs-                          Case No. 8:06-cv-1278-T-24TBM

CICI ENTERPRISES,

        Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 6). Defendant has not filed any opposition thereto.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 6) is **GRANTED**. Plaintiff shall file her amended complaint by **July 24, 2006**.

(2) Defendant's Motion to Dismiss (Doc. No. 5) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of July, 2006.

SUSAN C. BUCKLEW
United States District Judge

Dockets.Justia.com